# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

AZIZI OBA SEFU, )
        Plaintiff, )
        v. ) No. 4:07CV1709 SNL
LANCE SMITH, et al., )
        Defendants. )

## MEMORANDUM AND ORDER

This matter is before the Court upon the motion of Azizi Oba Sefu (registration no. 39459), an inmate at St. Louis Community Release Center, for leave to commence this action without payment of the required filing fee [Doc. #2]. For the reasons stated below, the Court finds that plaintiff does not have sufficient funds to pay the entire filing fee and will assess an initial partial filing fee of $4.44. See 28 U.S.C. § 1915(b)(1). Also before the Court is plaintiff's motion to file an amended complaint. The Court will grant the motion. And when the Court receives plaintiff's amended complaint, it will review the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B).

## 28 U.S.C. § 1915(b)(1)

Pursuant to 28 U.S.C. § 1915(b)(1), a prisoner bringing a civil action in forma pauperis is required to pay the full amount of the filing fee. If the prisoner has insufficient funds in his or her prison account to pay the entire fee, the Court must

assess and, when funds exist, collect an initial partial filing fee of 20 percent of the greater of (1) the average monthly deposits in the prisoner's account, or (2) the average monthly balance in the prisoner's account for the prior six-month period. After payment of the initial partial filing fee, the prisoner is required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account. 28 U.S.C. § 1915(b)(2). The agency having custody of the prisoner will forward these monthly payments to the Clerk of Court each time the amount in the prisoner's account exceeds $10, until the filing fee is fully paid. Id.

Plaintiff has submitted an affidavit and a certified copy of his prison account statement for the six-month period immediately preceding the submission of his complaint. A review of plaintiff's account indicates an average monthly deposit of $22.20, and an average monthly balance of $0.10. Plaintiff has insufficient funds to pay the entire filing fee. Accordingly, the Court will assess an initial partial filing fee of $4.44, which is 20 percent of plaintiff's average monthly deposit.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [Doc. #2] is **GRANTED**.

**IT IS FURTHER ORDERED** that the plaintiff shall pay an initial filing fee of $4.44 within thirty (30) days of the date of this Order. Plaintiff is instructed to make

his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for an original proceeding.

**IT IS FURTHER ORDERED** that plaintiff's motion to file an amended complaint [Doc. #4] is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff shall file an amended complaint within 30 days of the date of this Memorandum and Order.

**IT IS FURTHER ORDERED** that the Clerk shall not issue process or cause process to issue upon the complaint at this time because plaintiff will file an amended complaint.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Memorandum and Order, this case will be dismissed.

Dated this 15th day of November, 2007.

_____
SENIOR UNITED STATES DISTRICT JUDGE